"Electronically Filed"
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK,
KLEINBAUM & FRIEDMAN
150 West State Street
Trenton, NJ 08608
By: Sidney H. Lehmann, Esq.
Telephone: 609-392-8172
Fax: 609-392-8933
Email: slehmann@zzfn.com
Attorneys for Plaintiffs

FRIDEMAN, KAPLAN, SEILER &
ADELMAN, LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
By: Paul Fishman, Esq.
Telephone: 973-877-6400
Fax: 973-877-6401
Email: pfishman@fklaw.com
Co-counsel for Plaintiff Carla Katz

---

CARLA KATZ, ROBERT MUELLER
TOSHI ABE; ANNA F.
CURTIS-STEPHENS; SUSAN D.
LOCKWOOD; FREDERICK MICKLE
GREGORY S. BADINI; KEVIN
P. TAURO; SUSAN L. WRIGHT; MARY A.
HRENDA; CAROL JOHNSON, BILL
PERRY; MILDRED DAVIS and
RAVINDRA MANHAS;

Plaintiffs,

vs.

COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO, CLC;
LARRY COHEN, JEFF RECHENBACH,
CHRIS SHELTON, ROBERT MASTER,
RUTH BARRETT, SETH ROSEN, and
THE EXECUTIVE BOARD OF CWA.

Defendants.

Case No.: 3:08-cv-3460

So Ordered
Peter G. Sheridan
12/5/08

**STIPULATION OF DISMISSAL
OF PLAINTIFF TOSHI ABE**

60992.doc

It is hereby stipulated and agreed among counsel for all parties in this matter that plaintiff Toshi Abe is hereby dismissed and removed as a party and plaintiff in the above-captioned lawsuit pursuant to Federal Rules of Civil Procedure, including but not limited to FRCP 41. This dismissal is without prejudice.

Zazzali, Fagella, Nowak, Kleinbaum
& Friedman Attorneys for Plaintiffs
other than Carla Katz

By: _____   Dated: 8/26/08
Sidney H. Lehmann, Esq.

Friedman, Kaplan, Seiler & Adelman, LLP
Co-Counsel for Plaintiff Carla Katz

By: _____   Dated: 10/15/08
Paul J. Fishman, Esq.

Cohen, Weiss and Simon, LLP
Attorneys for Defendants

By: _____   Dated: 9/2/08
Stephen B. Moldof, Esq.

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

60992.doc

# ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

ANDREW F. ZAZZALI (1925-1969)

150 WEST STATE STREET
TRENTON, N.J. 08608
Telephone: (609) 392-8172
Telecopier: (609) 392-8933

ANDREW F. ZAZZALI, JR.
ROBERT A. FAGELLA**
KENNETH I. NOWAK***
RICHARD A. FRIEDMAN
PAUL L. KLEINBAUM*
EDWARD H. O'HARE*
SIDNEY H. LEHMANN*

COUNSEL
JAMES R. ZAZZALI***

JASON SOKOLOWSKI
COLIN M. LYNCH**
GENEVIEVE M. MURPHY-BRADACS**
EDWARD M. SUAREZ, JR.
CYNTHIA M. REVESZ‡
AILEEN M. O'DRISCOLL*
MICHAEL P. CHIACCHIO*

OF COUNSEL
KATHLEEN NAPRSTEK CERISANO
LEE ANN McCABE-CHIACCHIO‡‡
WILLIAM A. PASCARELL‡

*Also admitted Pennsylvania
**Also admitted New York
***Also admitted New York & D.C.
‡New York Only
‡‡Certified Matrimonial Attorney

November 26, 2008

**ELECTRONICALLY FILED**
William T. Walsh, Clerk
United States District Court
Martin Luther King, Jr. Federal Building and
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    Katz v. Communications Workers of America, AFL/CIO, CLC, et al.
             Civil Action No.: 08-3460 (PGS)

Dear Clerk Walsh:

    Enclosed for filing please find the Stipulation of Dismissal of Plaintiff Toshi Abe.

Very truly yours,

Sidney H. Lehmann

SHL/mh

12008-009

One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 623-1822
Telecopier: (973) 623-2209
64751.doc

116 Village Boulevard, Suite 200
Princeton, NJ 08540
Telephone: (609) 734-7424
Telecopier: (609) 883-5710